IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC ANTOINE,

    Plaintiff,

vs.

C/O MARTINEZ, et al.,

    Defendants.

CV F 05 0019 REC  WMW  P

<u>ORDER RE MOTION (DOC 19)</u>

Plaintiff has filed a motion requesting the court to direct certain officials at Corcoran State Prison to expunge information from plaintiff's central file. The court construes this as a request for injunctive relief. As such, the motion fails to comply with the procedural requirements set forth in Local Rule 65-231. Accordingly, IT IS HEREBY ORDERED that the motion filed on February 11, 2005, is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:   August 18, 2005**         /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

1