IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MPAUL ERIC ANTOINE,

    Plaintiff,                                   CV F 05 0019 REC WMW   P

  vs.                                            ORDER RE MOTION (DOC 33 )

C/O MARTINEZ,

    Defendant.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for an extension of time in which to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   April 20, 2006**                **/s/ William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE

1