# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ERIC ANTOINE, | CV F   05 0019 REC WMW P |
| Plaintiff, | ORDER RE: FINDINGS & RECOMMENDATIONS (#30) |
| v. | |
| M. MARTINEZ, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 9, 2006, findings and recommendations were entered, recommending dismissal of this action for failure to exhaust available administrative remedies prior to filing suit. On May 8, 2006, plaintiff filed objections to the findings and recommendations. In his objections, plaintiff requests that this action be dismissed without prejudice to "refile the complaint upon the exhaustion of plaintiff administrative remedies." Plaintiff cites McKinney v. Carey, 311 F.3d 1198 (9th Cir. 2002).

The Ninth Circuit in McKinney held that if an inmate was in the process of exhausting his administrative remedies when the civil action was filed, it must be dismissed. Referring to section 1997e(a), McKinney held that "[T]his language clearly contemplates exhaustion prior to the commencement of the action as an indispensable requirement.

1  Exhaustion subsequent to the filing of suit will not suffice.  Id., citing Booth v. Churner, 532
2  U.S. 731, 738 (2001).   The court will therefore dismiss this action without prejudice to
3  plaintiff's ability to file a new civil action once his administrative remedies have been exhausted.
4         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
5  73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to be supported by the record and
7  proper analysis.
8         Accordingly, THE COURT HEREBY ORDERS that:
9         1. The Findings and Recommendations issued by the Magistrate Judge on
10 February 9, 2006, are adopted in full; and
11        2. This action is dismissed without prejudice for failure exhaust available
12 administrative remedies prior to filing suit.  The Clerk is directed to close this case.
13     IT IS SO ORDERED.
14 **Dated:  May 26, 2006**               /s/ Robert E. Coyle
   668554                         UNITED STATES DISTRICT JUDGE